UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 15-20338

v.                                Judith E. Levy
                                  United States District Judge

Anthony Ray Gandy,
                                  Mag. Judge Mona K. Majzoub

                Defendant.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE [253]

This case is before the Court on Defendant's May 8, 2020 motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 253.) On June 23, 2020, the Court heard oral argument on this motion through video/teleconference technology. For the reasons set forth on the record, Defendant's motion is DENIED WITHOUT PREJUDICE.

Defendant may renew his motion should his medical conditions change or should he present evidence demonstrating that his existing conditions significantly increase his likelihood of a dire outcome from COVID-19 while confined.

IT IS SO ORDERED.

Dated: June 23, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager